IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA IRWIN,<br>　　　　Plaintiff<br><br>　　v.<br><br>PROGRESSIVE INSURANCE<br>COMPANY a/k/a PROGRESSIVE<br>ADVANCED INSURANCE<br>COMPANY,<br>　　　　Defendant | No. 3:24cv1489<br><br>(Judge Munley) |

## ORDER

AND NOW, to wit, this 17th day of September 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant's motion to dismiss plaintiff's bad faith claim, (Doc. 4), is **GRANTED**;

2) Count II of plaintiff's complaint is **DISMISSED** without prejudice;

3) Plaintiff may file a motion to amend with a proposed amended complaint in compliance with Local Rule 15.1 within twenty-one (21) days of the date of this order. See M.D. PA. L.R. 15.1;

4) Plaintiff is reminded that if she elects to file a motion, the proposed amended complaint must set forth facts, not merely conclusory statements, to support her claim of bad faith; and

5) If plaintiff does not file the appropriate motion within the time provided, her bad faith claim will be dismissed with prejudice without further order of court and this case will proceed based on the breach of contract claim in Count I of the complaint.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court